less appellant complies with terms stated in order. Order filed.

CAVINATO v. PICIRILLI (two cases). (Supreme Court, Appellate Division, First Department. October 16, 1914). Actions by Mary Cavinato against Attilio Picirilli. No opinion. Motions granted, with $10 costs. Orders filed.

CHAMBERLAIN, Respondent, v. POUGHKEEPSIE CITY & W. F. ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Esther Chamberlain against the Poughkeepsie City & Wappingers Falls Electric Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

CHANDLER, Respondent, v. CHANDLER, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Grace L. Chandler against Byron Chandler. F. G. Fischer, of New York City, for appellant. E. Lazansky, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as so modified, affirmed, without costs. Order filed.

CHAPMAN, Respondent, v. NUGENT, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Melville D. Chapman against C. Franklin Nugent. J. W. Tobey, of New York City, for appellant. W. K. Dupre, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 162 App. Div. 904, 147 N. Y. Supp. 1103.

CHESEBRO, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Charles H. Chesebro, as administrator, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

CITY OF NEW YORK v. ALLIEGRO & SPALLONE CO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the City of New York against the Alliegro & Spallone Company. No opinion. Motion granted, with $10 costs. Order filed.

CITY OF NEW YORK v. BERGOFFEN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the City of New York against Samuel Bergoffen. No opinion. Motion denied, with $10 costs. Order filed.

GLADDEN, Respondent, v. ARCHBOLD, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Supplementary proceedings by Charles S. Gladden against Robert H. Archbold, impleaded with Alice H. Archbold, judgment debtor. No opinion. Order reversed, with $10 costs and disbursements, on authority of Schenck v. Irwin, 60 Hun, 361, 15 N. Y. Supp. 55, and motion granted. See, also, 149 N. Y. Supp. 1084.

CLARK v. CLARK. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Mary L. Clark against James M. Clark and the Hudson Iron Company. No opinion. Motion to restore appeal to calendar denied. See, also, 149 N. Y. Supp. 1075.

CLARK v. CLARK. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Mary L. Clark against James M. Clark and the Hudson Iron Company, respondent. No opinion. Motion to dismiss appeal granted, with costs to each of the respondents. See, also, 149 N. Y. Supp. 1075.

C. LUDWIG BAUMANN & CO., BROOKLYN, Respondent, v. BAUMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by C. Ludwig Baumann & Co., Brooklyn, against Amelia Baumann and others. PER CURIAM. Motion to dismiss appeal denied, on condition that appellants perfect the appeal, place the case on the November calendar, and be ready for argument when reached, without prejudice to such application as may be necessary in case of the continued absence of Mr. Justice Scudder; otherwise, motion granted, with $10 costs. See, also, 160 App. Div. 897, 144 N. Y. Supp. 1109; 148 N. Y. Supp. 1110; 149 N. Y. Supp. 1075.

C. LUDWIG BAUMANN & CO., BROOKLYN, v. BAUMANN et al. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by C. Ludwig Baumann & Co., Brooklyn, against Amelia Baumann and others. No opinion. Motion to vacate stay denied without costs. See, also, 149 N. Y. Supp. 1075.

C. LUDWIG BAUMANN & CO., BROOKLYN, Respondent, v. BAUMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by C. Ludwig Baumann & Co., Brooklyn, against Amelia Baumann and others. No opinion. Motion denied, with $10 costs. See, also, 160 App. Div. 897, 144 N. Y. Supp. 1109; 148 N. Y. Supp. 1110; 149 N. Y. Supp. 1075.